| | | | | |
|---|---|---|---|---|
| Keen Transport v. WCAB (Shields) .................. | 901CD16 | 03/17/2017 | Workers' Compensation Appeal Board A15–1316 | Affirmed |
| Carson Valley School v. WCAB (Conway)................... | 1159CD16; 1160CD16 | 03/17/2017 | Workers' Compensation Appeal Board A15–0840 | Affirmed |
| Sibble v. UCBR ............... | 1241CD16 | 03/17/2017 | Unemployment Compensation Board of Review B–589550 | Affirmed |
| Fayette Co C&Y v. DHS ........ | 1297CD16 | 03/17/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–14–0565 | Vacated |
| Boswell v. PBPP .............. | 1691CD16 | 03/17/2017 | Board of Probation & Parole 652FG | Affirmed Vacated and Remanded |
| Humphries v. UCBR ........... | 1729CD16 | 03/17/2017 | Unemployment Compensation Board of Review B–592781 | Affirmed |
| Phillips v. WCAB (Miller & Roe-buck, Inc. .................. | 76CD16 | 03/20/2017 | Workers' Compensation Appeal Board A15–0107 | Affirmed |
| Thorne v. PSP ................ | 233MD16 | 03/20/2017 | Original Jurisdiction | Preliminary Objection Overruled |
| S.W. v. DHS.................. | 162CD16 | 03/20/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–15–0356 | Vacated and Remanded |
| Radnor Twp v. WCAB (Byrd) ... | 690CD16 | 03/20/2017 | Workers' Compensation Appeal Board A14–1023 | Affirmed |
| Home Care Helpers, LLC v. UCBR...................... | 1052CD16 | 03/20/2017 | Unemployment Compensation Board of Review B–589568 | Affirmed |
| Chester Co. Outdoor v. West-town Twp. (Money) ......... | 1303CD16 | 03/20/2017 | Chester County 2011–08172 | Affirmed |
| Kent v. UCBR ................ | 1636CD16 | 03/20/2017 | Unemployment Compensation Board of Review B–591691 | Affirmed |